

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joe Antonio Luna,                        * From the 244th District Court
                                           of Ector County,
                                           Trial Court No. C-17-0971-CR.

Vs. No. 11-19-00036-CR                   * January 14, 2021

The State of Texas,                      * Memorandum Opinion by Bailey, C.J.
                                           (Panel consists of: Bailey, C.J.
                                           and Wright, S.C.J.,
                                           sitting by assignment)
                                           (Trotter, J., and Williams, J.,
                                           not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.